In the Matter of the Application of THOMAS MURPHY.

(Argued October 4, 1881; decided October 18, 1881.)

*E. Newcomb* for appellant.

*Matthew Hale* for respondent.

Agree to affirm on prevailing opinion in court below.
All concur, except RAPALLO, J., not voting, and FOLGER, Ch.
J., taking no part.

Order affirmed.